**261-15**

CCA #  13-13-00471-CR

OFFENSE: Miscellaneous/Other Criminal including Misdemeanor or Felony

STYLE:  DANIEL ZALMAN v. THE STATE OF TEXAS

COUNTY:  Wharton

TRIAL COURT:  County Court
TRIAL COURT #:  57,007
TRIAL COURT JUDGE:  Hon. Phillip Spenrath
DISPOSITION: Affirm
DATE: _____
JUSTICE: _____ PC ___ S ____
PUBLISH: _____      DNP: _____

_____ MOTION
FOR REHEARING IS: _____
DATE: 2/5/15
JUDGE: Justice Longoria

CLK RECORD: _____
RPT RECORD: _____
STATE BR: _____
APP BR: _____

SUPP CLK RECORD _____
SUPP RPT RECORD _____
SUPP BR _____
PRO SE BR _____

## IN THE COURT OF CRIMINAL APPEALS

CCA # **261-15**

----------------------

APPELLANT'S Petition
FOR DISCRETIONARY REVIEW IN CCA IS:
___REFUSED___
DATE: 06/10/2015
JUDGE: Per Curiam

Disposition: _____
DATE: _____
JUDGE: _____
SIGNED: _____      PC: _____
PUBLISH: _____      DNP: _____

----------------------

_____ MOTION FOR REHEARING IN
CCA IS: _____ ON _____
JUDGE: _____

MOTION FOR STAY OF MANDATE IS:
_____ ON _____
JUDGE: _____